IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| ULESES HERNANDEZ | § | |
| --- | --- | --- |
| | § | |
| | § | CIVIL ACTION NO. 7:15-CV-00183 |
| VS | § | |
| | § | |
| | § | |
| JACKIE BROOKS; BROOKS | § | |
| TRANSPORTATION, LLC; AND | § | |
| WILLIE J. MILSAPS | § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW **ULESES HERNANDEZ,** Plaintiff in the above styled and numbered cause, by and through his Attorney of Record, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, files this his Motion to Dismiss with Prejudice and advised the Court that he no longer desires to prosecute this suit against the Defendants, **JACKIE BROOKS, BROOKS TRANSPORTATION, LLC AND WILLIE J. MILSAPS,** and moves the Court to enter an Order.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that this Motion to Dismiss with Prejudice by granted.

Respectfully submitted,

LAW OFFICE OF WILLIAM J. TINNING, P.C.
1013 Bluff Drive
Portland, Texas 78374
Telephone: 361/643-9200

_____/s/_____
**WILLIAM J. TINNING, P.C.**
State Bar No. 20060500

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the __19th__ day of July 2015, I have caused a true and correct copy of the foregoing instrument to be delivered via facsimile and/or via electronic mail to the following parties:

Mr. Ricardo D. Villanueva
**THORNTON, BIECHLIN, SEGRATO REYNOLDS & GUERRA, L.C.**
418 East Dove Ave.
McAllen, Texas 78504
(956) 630-3080 tel.
(956) 630-0189 fax

**ATTORNEY FOR DEFENDANTS JACKIE BROOKS AND BROOKS TRANSPORTATION, LLC.**

                    /s/
                **WILLIAM J. TINNING**